UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPRAY DRIFT TASK FORCE,            )
1900 K Street, NW                  )
Washington, D.C. 20006             )
                                   )
    Claimant,                    )     C.A. No. _____
                                   )
v.                                 )
                                   )
BURLINGTON BIO-MEDICAL             )
CORPORATION, a/k/a/ Burlington     )
Scientific Corporation,            )
71 Carolyn Blvd.                   )
Farmingdale, NY 11735              )
                                   )
    Defendant.                   )
                                   )

## **CERTIFICATE UNDER LCVR 7.1**

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for Spray Drift Task Force ("SDTF"), certify that SDTF is a joint venture organized under the laws of the District of Columbia and does not have any outstanding securities in the hands of the public.

The SDTF has 42 members, which, to the best of my knowledge and belief, include: A H Marks & Company Ltd., Agriliance, LLC, Agro-Gor Company, AgValue Enterprises, Inc., Amvac Chemical Corporation, Arvesta, BASF Corporation, Bayer CropScience, Cerexagri, Inc., CPT, Cheminova, Inc., Chimac-Agriphar, Crompton Corp., Dow AgroSciences, Drexel Chemical Company, E.I. du Pont de Nemours & Co., FMC Corporation, Gharda USA, Inc., Gowan Company, L.L.C., Helena Chemical Company, I.Pi.Ci., ISAGRO S.p.A., ISK Biosciences Corporation, K-I Chemical U.S.A. Inc., LG Life Sciences, Ltd., Luxemborg Industries, Makhteshim-Agan, N.A., Inc., MGK Company, Mitsui Chemicals, Monsanto Agricultural Co., Nations Ag II, Nichino America, Inc., Nissan Chemical America Corp., Nisso

America, Nufarm Platte Pty. Ltd., Sipcam Agro USA, Inc., Syngenta Crop Protection, Tri Corporation, UCB Chemicals Corporation, United Phosphorus, Inc., Valent USA Corporation, Wilbur-Ellis Company. Some or all of these members may have outstanding securities in the hands of the public.

These representations are made so that judges of this court may determine the need for recusal.

Dated: August 30, 2005

Attorney of Record

*/s/ Peter L. Gray*

Peter L. Gray
D.C. Bar No. 397544

Taryn G. Kiekow
D.C. Bar No. 479082

McKenna Long & Aldridge LLP
1900 K Street, N.W., Suite 100
Washington, D.C. 20006
(202) 496-7500
