UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SPRAY DRIFT TASK FORCE,<br>1900 K Street, NW<br>Washington, D.C. 20006 | )<br>)<br>)<br>) | |
| Claimant, | )<br>) | C.A. No. _____ |
| v. | )<br>) | |
| BURLINGTON BIO-MEDICAL<br>CORPORATION, a/k/a/ Burlington<br>Scientific Corporation,<br>71 Carolyn Blvd.<br>Farmingdale, NY 11735 | )<br>)<br>)<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

## ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD

Upon consideration of Claimant Spray Drift Task Force's Petition to Confirm Arbitration Award relating to the August 24, 2005 award in the American Arbitration Association's case entitled *In the Matter of the Arbitration Between Spray Drift Task Force and Burlington Bio-Medical Corporation*, AAA Docket No. 16 171 00474 03, as well as Claimants' request to register such judgment in other United States District Courts for the purpose of execution, it is on this 30th day of August, 2005,

**ORDERED** that said petition is hereby granted, and the August 24, 2005 arbitration award is confirmed; and

**ORDERED** that the Clerk shall enter a judgment against Defendant Burlington Bio-Medical Corporation, a.k.a. Burlington Scientific Corporation ("Burlington"), in the sum of

$671,472.00 plus interest and late payment interest accruing between the date of the arbitration award and final payment as specified in the award; and it is

**FURTHER ORDERED** that pursuant to 28 U.S.C. § 1963 and for good cause shown, Claimants may register in other United States District Courts the judgment obtained in this Court against Defendant Burlington.

_____
U.S. District Court Judge

Copies to:

Peter L. Gray
Taryn G. Kiekow
Charles A. O'Connor, III
McKenna Long & Aldridge
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Counsel for Claimant, SDTF

Robert J. Ansell
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(516) 479-6300

Counsel for Defendant, Burlington