UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

SPRAY DRIFT TASK FORCE,

                     Plaintiff,

      -against-

BURLINGTON BIO-MEDICIAL CORPORATION,

                     Defendant.

-----------------------------------------------------------------X

Civil Action: 05-1726 (JGP)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 and upon the accompanying Affidavit of Robert J. Ansell and the Declaration of John F. Anderson, it is hereby requested that the Court enter an order permitting Robert J. Ansell to appear in this matter pro hac vice, and for such other and further relief as this Court deems just and proper.

**TROUTMAN SANDERS LLP**

By: _____
John F. Anderson (DC Bar No. 393764)
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
(703) 734-4356