UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

SPRAY DRIFT TASK FORCE,

                                   Plaintiff,

      -against-

BURLINGTON BIO-MEDICIAL CORPORATION,

                                   Defendant.

-----------------------------------------------------------------------X

Civil Action: 05-1726 (JGP)

## DECLARATION OF JOHN F. ANDERSON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

**JOHN F. ANDERSON**, an attorney duly admitted to practice law before this Court declares the following:

1. I am a partner in the firm of Troutman Sanders LLP located at 1660 International Drive, Suite 600, Tysons Corner, McLean, Virginia 22102.

2. I submit this declaration in support of the motion for Robert J. Ansell to be admitted *pro hac vice* in the above captioned matter.

3. I was admitted to the District of Columbia Superior Court on October 1985 and the United States District Court for the District of Columbia on January 6, 1986. My bar number is 393764, and I am currently an active member in good standing with the Bar of the United States District Court for the District of Columbia.

4. I know Robert J. Ansell and am convinced that he is an attorney with strong moral character and sufficient experience to be admitted *pro hac vice* to this Court.

5. I have read the accompanying affidavit of Robert J. Ansell and believe all the information contained therein to be true.

6. Based upon the foregoing, it is respectfully requested that this Court grant this application and allow Robert J. Ansell to appear as counsel in this matter.

7. No previous application for the relief requested herein has been made to this Court or any other Court.

TROUTMAN SANDERS LLP

By: _____
John F. Anderson (#393764)
1660 International Drive
Suite 600, Tysons Corners
McLean, Virginia 22102
(703) 734-4356
