UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
SPRAY DRIFT TASK FORCE,

                        Plaintiff,

    -against-

BURLINGTON BIO-MEDICAL CORPORATION,

                        Defendant.
-------------------------------------------------------------------X

Civil Action: 05-1726 (JGP)

### AFFIDAVIT OF ROBERT J. ANSELL
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

To:    Peter L. Gray, Esq.
        McKenna Long & Aldrige LLP
        1900 K Street, N.W., Suite 100
        Washington, D.C. 20006
        Attorneys for Plaintiff

**ROBERT J. ANSELL**, having been duly sworn, hereby states as follows:

1. I am a member of Silverman Perlstein & Acampora LLP, located at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753 with a telephone number at (516) 479-6300.

2. I am licensed to practice law in the Courts of the State of New York. I was admitted to the New York State Bar on February 9, 1994. I am also admitted to practice in the United States District Courts for the Southern District and Eastern District of New York. Additionally, I was admitted to practice before the Untied States Court of Appeals for the Second Circuit on June 19, 2002.

3. I am an attorney in good standing of the State of New York, and am eligible to practice in each and every jurisdiction in which I have been admitted to practice. An original Certificate of Good Standing evidencing same is annexed hereto as **Exhibit 1**.

4. I have not been suspended or disbarred in any Court.

5. I have not been admitted *pro hac vice* in this Court at any time in the last two years.

6. I do not practice law from any office located within the District of Columbia. I am not a

KEB/D201014v/F048413                        1

member of the District of Columbia Bar, nor do I have an application for membership pending with the District of Columbia Bar.

    7.    I respectfully request that this Court enter an Order granting me permission to appear *Pro Hac Vice* in this case.

    I hereby certify under penalty of perjury that the information and disclosures set forth herein are complete and correct as of the time that they were made.

                                             ROBERT J. ANSELL

Sworn to before me this
6th day of October, 2005

Notary Public

JENNIFER BARBARO
Notary Public, State of New York
No. 01BA4979365, Suffolk County
Commission Expires 03/25/2007



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Robert J. Ansell** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **9th** day of **February 1994** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **September 20, 2005**

*James Edward Pelzer*
Clerk