*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SPRAY DRIFT TASK FORCE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BURLINGTON BIO-MEDICAL CORP.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1726 (JGP) |

**ORDER**

Upon consideration of the defendant's Motion for Admisssion *Pro Hac Vice* [5] and Local Civil Rule 83.2(d), it is hereby

**ORDERED** that the Motion [13] is **GRANTED**; and it is further

**ORDERED** that attorney Robert J. Ansell be admitted to practice in this matter *pro hac vice*.

**DATE: October 20, 2005**                                         **JOHN GARRETT PENN**
                                                                   **United States District Judge**