# Exhibit A

# SILVERMAN PERLSTEIN & ACAMPORA LLP

ATTORNEYS
100 JERICHO QUADRANGLE
SUITE 300
JERICHO, NEW YORK 11753
TELEPHONE 516-479-6300

ROBERT J. ANSELL
MEMBER OF THE FIRM

FACSIMILE 516-479-6301
RJA@SPALLP.COM

September 19, 2005

**VIA FACSIMILE**
Peter L. Gray, Esq.
McKenna Long & Aldrige LLP
1900 K Street, N.W., Suite 100
Washington, D.C. 20006

Re: <u>Spray Drift Task Force v. Burlington Bio-Medical Corporation</u>
Case No.: 1:05CV01726

Dear Mr. Gray:

As you are aware, this firm represents Burlington Bio-Medical Corporation a/k/a Burlington Scientific Corporation in the above matter.

This shall confirm our telephone conversation today, September 19, 2005, wherein we agreed that Burlington Bio-Medical Corporation shall answer the petition on or before October 7, 2005.

Thank you.

Very truly yours,

ROBERT J. ANSELL

RJA/keb

rja/D199863v/F048413

# SILVERMAN PERLSTEIN & ACAMPORA LLP

ATTORNEYS AT LAW
100 JERICHO QUADRANGLE - SUITE 300
JERICHO, NEW YORK 11753
(516) 479-6300 (TELEPHONE)
(516) 479-6301 (FACSIMILE)

## FACSIMILE COVER SHEET

## PLEASE DELIVER IMMEDIATELY TO:

| NAME: | PETER GRAY, ESQ. |
|---|---|
| FIRM/COMPANY: | MCKENNA LONG & ALDRIDGE LLP |
| TELECOPIER NUMBER: | (202) 496-7756 |
| OFFICE TELEPHONE NUMBER: | (202) 496-7500 |
| SENDER: | ROBERT J. ANSELL, ESQ. |
| MATTER: | SPRAY DRIFT V. BURLINGTON |
| DATE TRANSMITTED: | SEPTEMBER 19, 2005 |
| OUR FILE NO.: | 48413 |
| PAGES (INCLUDING THIS COVER PAGE): | 2 |

### COMMENTS/SPECIAL INSTRUCTIONS:

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

REV 10/99