# Exhibit B

Case 1:05-cv-01726-JGP     Document 8-3     Filed 10/21/2005     Page 1 of 3

# SILVERMAN PERLSTEIN & ACAMPORA LLP

ATTORNEYS
100 JERICHO QUADRANGLE
SUITE 300
JERICHO, NEW YORK 11753
TELEPHONE 516-479-6300

ROBERT J. ANSELL
MEMBER OF THE FIRM

FACSIMILE 516-479-6301
RJA@SPALLP.COM

October 7, 2005

**VIA FACSIMILE**
Peter L. Gray, Esq.
McKenna Long & Aldrige LLP
1900 K Street, N.W., Suite 100
Washington, D.C. 20006

Re:     **Spray Drift Task Force v. Burlington Bio-Medical Corporation**
Case No.:   1:05CV01726

Dear Mr. Gray:

As you are aware, you have graciously extended our time to respond to the petition until October 7, 2005 in the above matter.

Our petition is significantly done, we will not be permitted to (a) file it or (b) serve it upon you because I have not received permission to practice law before the courts of the District of Columbia pro hac vice as of this date. Although we are using a local firm in the DC area to process this, it is taking longer than I expected.

Accordingly, it is requested that an additional week be provided to us to provide a response to the Petition. One week, especially in light of Jewish holiday next Thursday as well as the Columbus Day holiday on Monday, should not pose too much of a problem for your client.

I thank you in advance for your courtesies.

Very truly yours,

ROBERT J. ANSELL

RJA/jb

rja/D201438v/F048413

# SILVERMAN PERLSTEIN & ACAMPORA LLP

ATTORNEYS AT LAW
100 JERICHO QUADRANGLE • SUITE 300
JERICHO, NEW YORK 11753
(516) 479-6300 (TELEPHONE)
(516) 479-6301 (FACSIMILE)

## FACSIMILE COVER SHEET

## PLEASE DELIVER IMMEDIATELY TO:

| NAME: | PETER GRAY, ESQ. |
|---|---|
| FIRM/COMPANY: | MCKENNA LONG & ALDRIDGE LLP |
| TELECOPIER NUMBER: | (202) 496-7756 |
| OFFICE TELEPHONE NUMBER: | (202) 496-7500 |
| SENDER: | ROBERT J. ANSELL, ESQ. |
| MATTER: | SPRAY DRIFT V. BURLINGTON |
| DATE TRANSMITTED: | OCTOBER 7, 2005 |
| OUR FILE NO.: | 48413 |
| PAGES (INCLUDING THIS COVER PAGE): | 2 |

### COMMENTS/SPECIAL INSTRUCTIONS:

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

REV 10/99