# Exhibit C

| | | |
|---|---|---|
| Atlanta | **McKenna Long** | San Diego |
| Denver | **& Aldridge** LLP | San Francisco |
| Los Angeles | Attorneys at Law | Washington, DC |
| Philadelphia | 1900 K Street, NW • Washington, DC 20006<br>202.496.7500 • Fax: 202.496.7756<br>www.mckennalong.com | Brussels |

PETER L. GRAY
(202) 496-7707

EMAIL ADDRESS
pgray@mckennalong.com

October 10, 2005

**BY FACSIMILE AND EMAIL**

Robert J. Ansell
Silverman Perlstein & Acompora
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

  Re: **Spray Drift Task Force v Burlington Bio-Medical Corp.**
     **1:05CV01726**

Dear Mr. Ansell:

  The Spray Drift Task Force ("SDTF") does **not** consent to your October 7, 2005 written request for another week of time to answer SDTF's petition to confirm the award from the arbitration between the parties. As we informed you by phone on Friday, October 7, SDTF instead consents to one additional day of time, until Tuesday, October 11 (federal court being closed on October 10, Columbus Day), for Burlington to answer the Petition.

  Burlington previously requested and received an extension of nearly two weeks to answer the Petition. You have provided no justification for an additional week's extension; your statement that filing pro hac vice papers "is taking longer than [you] expected" is irrelevant since local counsel certainly can file Burlington's answer.

  According to your receptionist, you are in the office today, Columbus Day. So, presumably, you will have sufficient time to complete your answer to the Petition by Tuesday, and your local counsel, Troutman Sanders, can file the answer for Burlington. For the foregoing reasons, SDTF expects Burlington to file its answer on Tuesday, October 11, 2005.

                  Sincerely,

                  Peter L. Gray
                  *Counsel for the Spray Drift Task Force*

JOB STATUS REPORT

```
TIME   : 10/10/2005 11:18
NAME   : MCKENNA LONG ALDRIDG
FAX#   : 202-496-7756
TEL#   :
SER.#  : 000004044524
```

```
DATE,TIME         10/10  11:17
FAX NO./NAME      *6999990007915164796301
DURATION          00:00:22
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# McKenna Long & Aldridge LLP
### Attorneys at Law

Atlanta
Denver
Los Angeles
Philadelphia

San Diego
San Francisco
Washington, DC
Brussels

303 Peachtree Street, NE • Suite 5300 • Atlanta, GA 30308
Tel: 404.527.4000 • Fax: 404.527.4198
www.mckennalong.com

## FACSIMILE TRANSMITTAL

Date:   October 10, 2005

| To: Name/Company | Fax No. | Phone No. |
|---|---|---|
| Robert J. Ansell<br>Silverman Perlstein & Acompora | 516-479-6301 | 516-479-6300 |

**From:**   Peter L. Gray
**Phone:**  (202) 496-7707
**Re:**

Number of Pages (including cover):   2

**COMMENTS**