UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRAY DRIFT TASK FORCE,<br><br>      Claimant,<br><br>v.<br><br>BURLINGTON BIO-MEDICAL CORPORATION, a/k/a/ Burlington Scientific Corporation,<br><br>      Defendant. | C.A. No. 1:05-CV-01726-JGP |

**MOTION FOR ORAL HEARING ON**
**PETITION TO CONFIRM ARBITRATION AWARD**

Pursuant to Local Rules 7(f) and 78.1, Claimant Spray Drift Task Force ("SDTF") respectfully requests an oral hearing on its Petition to Confirm Arbitration Award. Set forth below is the basis for this request.

**Procedural Posture of the Petition**

On August 24, 2005, James P. Mercurio, an arbitrator appointed by the American Arbitration Association ("AAA"), concluded an arbitration held in Washington, D.C. by issuing an Award of Arbitrator ("Award") that required Burlington Bio Medical Corporation, a.k.a. Burlington Scientific Corporation ("Burlington"), to pay SDTF a total of $669,847.00, plus interest accruing. *See In the Matter of the Arbitration Between the Spray Drift Task Force and Burlington Bio-Medical Corporation,* AAA Docket No. 16 171 00474 03. The Award required Burlington to pay the amount of $669,847.00 within sixty (60) days of the date of the Award, or October 24, 2005, and the amount of $1,625.00 within thirty (30) days of the date of the Award, or September 24,

2005.  Burlington has not yet paid, and has stated that it will not pay, the Award and therefore has been in default since September 24, 2005.

To enforce the Award, SDTF filed with this Court a Petition to Confirm Arbitration Award ("Petition") on August 30, 2005.  The Petition sought confirmation of the Award, judgment thereon, and immediate registration of the judgment in the United States District Courts in New York.  Following the procedure set forth in the Federal Arbitration Act, 9 U.S.C. § 9, SDTF perfected service of process via a U.S. Marshall.  The U.S. Marshall's Service served Burlington on September 6, 2005.  The Clerk of this Court received the Acknowledgement of Receipt of Service on September 16, 2005, as confirmed by the docket entry number four (4).

Burlington's deadline for answering the Petition was September 26, 2005, as confirmed by the docket entry number four (4).  Burlington did not file a motion for extension of time to answer the Petition with this Court, but did file an "Affirmation in Support of Opposition to Confirm Arbitration Award" ("Affirmation") on October 18, 2005.  SDTF filed its Reply to Burlington's Affirmation on October 21, 2005, which sought a default judgment or, in the alternative, confirmation of the Award and registration of the Award in the United States District Courts in New York.

The Court has not yet ruled on SDTF's August 2005 Petition, and no entry has been made to the docket since October 21, 2005.  Parties to an arbitration have three months from the date an arbitral award issues to seek judicial review of the award.  *See* 9 U.S.C. § 12.  In the present case, Arbitrator Mercurio issued the Award on August 24, 2005.  If Burlington wished to seek judicial review of the Award, it had to file its challenge by November 24, 2005.  Burlington has not sought judicial review of the Award, and is now barred from doing so.  Thus the arbitral award is final and unappealable.

**Basis for Oral Hearing**

SDTF respectfully requests a hearing before this Court at the earliest possible date. SDTF is concerned that those few Burlington assets still available in New York may dissipate, leaving SDTF with no recourse. Accordingly, to the extent the court has any remaining questions about the parties' respective positions on the Petition, the hearing would provide an opportunity to resolve those questions and facilitate a critically necessary resolution of this matter.

In the alternative, SDTF respectfully requests that this Court grant in its entirety SDTF's Petition to Confirm the Arbitration Award, enter a judgment confirming the Award, and authorize immediate registration of its judgment in the United States District Courts in New York.


Dated: February 23, 2006

                                              Respectfully submitted,

                                              /s  Peter L. Gray

                                              Peter L. Gray
                                              D.C. Bar No. 397544

                                              Taryn G. Kiekow
                                              D.C. Bar No. 479082

                                              McKenna Long & Aldridge LLP
                                              1900 K Street, N.W., Suite 100
                                              Washington, D.C. 20006
                                              (202) 496-7500

                                              Counsel to Claimant, SDTF

## CERTIFICATE OF SERVICE

I hereby certify that copies of Claimant's Motion for Oral Hearing on Petition to Confirm Arbitration Award were served by certified first-class mail, postage prepaid, on February 23, 2005 to:

>Robert J. Ansell
>Silverman Perlstein & Acampora LLP
>100 Jericho Quadrangle, Suite 300
>Jericho, NY 11753
>(516) 479-6300
>
>Counsel for Defendant, Burlington

>　/s  Peter L. Gray
>
>Peter L. Gray
>D.C. Bar No. 397544
>
>Taryn G. Kiekow
>D.C. Bar No. 479082
>
>McKenna Long & Aldridge LLP
>1900 K Street, N.W., Suite 100
>Washington, D.C. 20006
>(202) 496-7500
>
>Counsel to Claimant, SDTF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRAY DRIFT TASK FORCE,    )<br>)<br>)<br>Claimant,    )<br>)<br>v.    )<br>)<br>BURLINGTON BIO-MEDICAL    )<br>CORPORATION, a/k/a/ Burlington    )<br>Scientific Corporation,    )<br>)<br>)<br>Defendant.    )<br>) | C.A. No. 1:05-CV-01726-JGP |

### ORDER GRANTING MOTION FOR ORAL HEARING

Upon consideration of Claimant Spray Drift Task Force's Motion for Oral Hearing on its Petition to Confirm Arbitration Award, it is on this ___ day of _____, 2006,

**ORDERED** that said motion for oral hearing is hereby GRANTED, and

**FURTHER ORDERED** that the hearing will be held on _____.

_____
Honorable John Garrett Penn
United States District Court Judge

Copies to:

Peter L. Gray
Taryn G. Kiekow
Charles A. O'Connor, III
McKenna Long & Aldridge
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Counsel for Claimant, SDTF

Robert J. Ansell
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(516) 479-6300

Counsel for Defendant, Burlington