UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SPRAY DRIFT TASK FORCE,** | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) Civil Action No. 05-1726 (JGP) |
| | ) |
| **BURLINGTON BIO-MEDICAL CORP.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Claimant's Petition to Confirm Arbitration Award [1], it is hereby

**ORDERED** that the Petition [1] is **GRANTED**; and it is further

**ORDERED** that the August 24, 2005 arbitration award in the American Arbitration Association's case entitled *In the Matter of the Arbitration Between Spray Drift Task Force and Burlington Biomedical Corporation*, No. 16 171 Y 00474 03**,** is hereby **CONFIRMED**; and it is further

**ORDERED** that the Clerk shall enter a judgment against Burlington Biomedical Corporation in the sum of $671, 472 plus interest, payable as specified in the aforementioned arbitration award; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1963 and for good cause shown, Claimant may register this judgment in other United States District Courts.

**DATE: March 16, 2006**                                                       **JOHN GARRETT PENN**
                                                                                              **United States District Judge**