AO450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

SPRAY TASK FORCE

JUDGMENT IN A CIVIL CASE

V.

BURLINGTON BIO-MEDICAL CORP.

Case Number: 05-1726

☐ **Jury Verdict.,** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision** by Court. This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment be entered against Burlington Biomedical Corporation in the sum of $671,472 plus interest.

Dated: 3/16/06

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk