UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------
SPRAY DRIFT TASK FORCE,

    Claimant,

v.                             Civil Action 05-1726 (JGP)

BURLINGTON BIO-MEDICAL
CORPORATION,

    Defendant.

-----------------------------------------------------------

## SUGGESTION OF BANKRUPTCY

BURLINGTON BIO-MEDICAL CORPORATION, by and through its undersigned counsel, herewith advises this Court that on October 3, 2007, said Defendant filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Southern District of Florida, Case Number 07-18271-BKC-PGH.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail and telefax to Peter L. Gray, Esq., McKenna Long & Aldridge, 1900 K Street NW, Suite 100, Washington, DC 20006 (202) 496-7756 and by regular mail to John F. Anderson, Esq., Troutman Sanders LLP, 1660 International Dr., Suite 600, McLean, VA 22102 and Robert J. Ansell, Esq., Silverman, Perlstein & Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753 this the 3rd day of October, 2007.

**RECEIVED**

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAPPAPORT & RAPPAPORT, PL
Attorneys for Debtor
1300 North Federal Highway
Suite 203, Squires Building
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: _____
KENNETH S. RAPPAPORT, ESQ.
Florida Bar No. 132333